**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Actava TV, Inc., | ) |
| | ) |
| | ) Index No.: 21-cv-03027 |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| Matvil Corporation d/b/a/ eTVnet, | ) |
| | ) |
| Defendant. | ) |
| | ) |

To the Clerk of the Court:

Please enter the appearance of Toby Butterfield, attorney at the law firm of Moses & Singer, LLP, as counsel of record for the Plaintiff.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Toby Butterfield*
Toby Butterfield, Esq.

Dated: New York, NY
April 30, 2021

MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone:  (212) 554-7860
E-mail:    tbutterfield@mosessinger.com

*Attorney for Plaintiff*