AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Actava TV, Inc., <br> *Plaintiff* <br> v. <br> Matvil Corporation d/b/a eTVnet, <br> *Defendant* | ) <br> ) <br> ) Case No. 1:21-cv-3027 (LGS) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Matvil Corporation d/b/a eTVnet                                                       .

Date:   05/07/2021                                   /s/ Seth R. Goldman
                                                   *Attorney's signature*

                                        Seth R. Goldman (NY State Bar No. 2815926)
                                                *Printed name and bar number*
                                        Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                                                    The Chrysler Center
                                                  666 Third Avenue, 24th Fl.
                                                      New York, NY 10017
                                                            *Address*

                                                    SRGoldman@mintz.com
                                                        *E-mail address*

                                                        (212) 692-6845
                                                      *Telephone number*

                                                        (212) 983-3115
                                                          *FAX number*