UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Actava TV, Inc.,

                Plaintiff,

    - against -

Matvil Corporation d/b/a eTVnet,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:21-cv-3027 (LGS)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Actava TV, Inc. ("Actava") and Defendant Matvil Corporation d/b/a eTVnet ("Matvil"), that:

1) the deadline for Matvil to answer or otherwise move with respect to the Complaint is extended from May 11, 2021 to June 10, 2021; and

2) Matvil agrees to waive any challenge as to service of process of the Complaint and personal jurisdiction, but otherwise reserves all rights.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile and PDF copies of such counterparts may be submitted to the Court and shall be binding upon the parties as if they were originals.

SO ORDERED.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 7 as Judge Carter has declined to accept the case as related.

Dated: May 10, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1

Dated:  May 7, 2021

| | |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | MOSES & SINGER LLP |
| By: */s/ Seth R. Goldman* <br> Seth R. Goldman <br> Whitney M. Costin <br> The Chrysler Center <br> 666 Third Avenue <br> New York, NY 10017 <br> Tele: (212) 935-3000 <br> Fax: (212) 983-3115 | By:   */s/ Toby Butterfield* (on consent) <br> Toby Butterfield <br> Michael Rosenberg <br> Valeria Castanaro <br> 405 Lexington Avenue <br> New York, NY 10174 <br> Tele: (212) 554-7800 <br> Fax: (212) 554-7700 |
| *Attorneys for Defendant Matvil Corporation d/b/a eTVnet* | *Attorneys for Plaintiff Actava TV, Inc.* |