UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACTAVA TV, INC.

                      Plaintiff,

                  21 Civ. 3027 (LGS)

         -against-

                  ORDER

MATVIL CORPORATION,

                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 17, 2021, an initial conference was held. It is hereby

    **ORDERED** that, for the reasons stated at the conference, Defendant's application for a stay, Dkt. No. 14, is **GRANTED in part**. Discovery in this matter is stayed pending the parties' letter informing the Court of the outcome of anticipated settlement discussions. It is further

    **ORDERED** that, by **June 24, 2021**, the parties shall file a joint letter stating their preferred alternative dispute resolution mechanism. The available mechanisms are outlined in the Court's form CMP at ¶ 4(c).

Dated: June 17, 2021
       New York, New York

                                         LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE