

**Dominic J. Picca**
212 692 6859
DJPicca@mintz.com

Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

February 28, 2022

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Actava TV, Inc. v. Matvil Corporation d/b/a/ eTVnet (1:21-cv 03027) (LGS)

Dear Judge Schofield:

We represent Matvil Corporation d/b/a dTVnet ("Matvil") in the above-referenced matter. Pursuant to Your Honor's January 6, 2022 Order, the parties jointly write to advise that they have no updates to report.  The summary judgment motions remain pending in the related action.[1]  Matvil intends to file its Answer with Counterclaims on or before March 7, 2022.

Thank you for your consideration in this matter.

Respectfully submitted,

Dominic J. Picca

Cc: All counsel of record

---

[1] *Actava TV, Inc. v. Joint Stock Company,*  No. 18 Civ. 06626 (S.D.N.Y.) (ALC)