```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACTAVA TV, INC.,                                  :
                          Plaintiff,              :
                                                  :      21 Civ. 3027 (LGS)
         -against-                                :
                                                  :           ORDER
MATVIL CORPORATION,                               :
                          Defendant,              :
-------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 28, 2022, Plaintiff filed an amended complaint without seeking the Court's leave;

WHEREAS, "a party may amend its pleading only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(a)(2).

WHEREAS, Plaintiff does not appear to have received the opposing party's written consent.

WHEREAS, the stay of discovery was lifted on March 7, 2022.  It is hereby

**ORDERED** that the Amended Complaint is stricken.  It is further

**ORDERED** that, by April 13, 2022, Plaintiff shall file a letter seeking leave to amend the complaint or stating that Plaintiff has received Defendant's written consent.  To seek leave to amend, Plaintiff shall attach a proposed amended complaint with the changes marked in track changes.  It is further

**ORDERED** that, by April 20, 2022, the parties shall file a joint letter and a proposed case management plan ordered in the Court's Order dated April 22, 2021.

The Clerk of Court is respectfully directed to strike the amended complaint at Dkt. No. 47.

Dated: April 8, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE