UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ACTAVA TV, INC.,                                             :
                          Plaintiff                          :
                                                             :     21 Civ. 3027 (LGS)
            -against-                                        :
                                                             :        ORDER
MATVIL CORPORATION,                                          :
                          Defendant.                         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter was held on June 17, 2021,

WHEREAS, the discovery in this case was stayed until March 7, 2022,

WHEREAS, the parties were ordered to file a joint letter and a proposed case management plan by April 20, 2022,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the Rule 16 conference is waived. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be scheduled. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 22, 2022
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE