

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Toby Butterfield
Direct Dial: 212.554.7860
Fax: 212.377.6040
E-Mail: tbutterfield@mosessinger.com

June 30, 2022

> Application GRANTED. The pre-motion conference scheduled for July 6, 2022, is ADJOURNED to July 27, 2022, at 4:00 P.M. The parties shall call 888-363-4749 and enter the access code 558-3333. The parties are advised that this adjournment does not stay discovery and that the Court does not stay discovery pending a motion to dismiss absent extraordinary circumstances.
>
> Dated: July 5, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

The Honorable Lorna Schofield
United States District Court
Southern District of New York
40 Foley Square, Room 1106
New York, NY 10007

Re:  Actava TV, Inc. v. Matvil Corporation d/b/a/ eTV.net, 1:21-cv 03027 (LGS)

Dear Judge Schofield:

We represent Plaintiff, Actava TV, Inc., in this action. We write to request an adjournment of the pre-motion conference concerning Defendant's anticipated motion to dismiss, which is currently scheduled for July 6, 2022 at 4:00 p.m. Due to an unforeseen conflict, counsel for Actava is no longer available that day and respectfully requests that the conference be adjourned to Wednesday, July 27, 2022, or a later date. There have been no prior requests for this adjournment. Defendant consents to an adjournment of one week, however, counsel for Plaintiff will not be available at that time.

We thank Your Honor for its consideration of this request.

Respectfully submitted,

/s/ *Toby Butterfield*
    Toby Butterfield