UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACTAVA TV, INC., :
                Plaintiff, :
: 21 Civ. 3027 (LGS)
     -against- :
: ORDER
MATVIL CORPORATION, :
              Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference is scheduled for July 27, 2022, at 4:00 P.M. It is hereby

    **ORDERED** that the pre-motion conference scheduled for July 27, 2022, is **RESCHEDULED** to July 27, 2022, at 5:00 P.M. The parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: July 22, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE