UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACTAVA TV, INC., :
                 Plaintiff, :
                             :    21 Civ. 3027 (LGS)
       -against- :
                             :        ORDER
MATVIL CORPORATION, :
                Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for July 27, 2022, at 5:00 P.M.  It is hereby

      **ORDERED** that the pre-motion conference scheduled for July 27, 2022, is **RESCHEDULED** to August 2, 2022, at 5:00 P.M.  The parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: July 26, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE